IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HENRY MAYFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-2116-D |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In his report and recommendation, and in his findings, conclusions, and recommendation filed on December 6, 2012, the United States Magistrate Judge recommends that the July 3, 2012 motion for summary judgment of plaintiff Henry Mayfield ("Mayfield") be denied and that defendants' October 26, 2012 renewed motion to dismiss be granted. No objections have been filed to either of the magistrate judge's decisions.

Accordingly, following *de novo* review, the court denies Mayfield's July 3, 2012 motion for summary judgment. The court grants defendants' October 26, 2012 renewed motion to dismiss, and Mayfield's actions against defendants Rodney Malone, Jack Wright, Keith R. Johnson, Steve Glenn, Robert W. Hill, and Charles M. Hunt are dismissed with prejudice by Fed. R. Civ. P. 54(b) final judgment filed today.

The court grants Mayfield 30 days from the date of this order to file a second amended complaint against defendant United States Postal Service ("USPS"), in accordance with the magistrate judge's December 6, 2012 report and recommendation, because it is plausible that

Mayfield may have a Privacy Act claim against USPS.

       **SO ORDERED**.

February 1, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE